IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00496-ZLW-KLM

TERRY L. ROBINSON,

    Plaintiff,

v.

THE SALVATION ARMY,

    Defendant.

---

ORDER

---

    The matter before the Court is Defendant's Motion For Dismissal (Doc. No. 9). The Court has determined that the motion can be resolved on the papers without a hearing.

    "[T]o withstand a motion to dismiss, a complaint must contain enough allegations of fact 'to state a claim to relief that is plausible on its face.'"[1]  "'[T]he mere metaphysical possibility that *some* plaintiff could prove *some* set of facts in support of the pleaded claims is insufficient; the complaint must give the court reason to believe that *this* plaintiff has a reasonable likelihood of mustering factual support for *these* claims.'"[2] "The burden is on the plaintiff to frame a 'complaint with enough factual matter (taken as

---

[1] Robbins v. Oklahoma, 519 F.3d 1242, 1247 (10th Cir. 2008) (quoting Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1974 (2007)).

[2] Robbins, 519 F.3d at 1247 (quoting Ridge at Red Hawk, L.L.C. v. Schneider, 493 F.3d 1174, 1177 (10th Cir. 2007) (emphasis in original)).

true) to suggest' that he or she is entitled to relief,"[3] and claims which are no more than "labels and conclusion" are insufficient.[4]

The Court finds that Plaintiff has met her pleading burden with respect to all claims contained in her Complaint. Accordingly, it is

ORDERED that Defendant's Motion For Dismissal (Doc. No. 9; Mar. 12, 2009) is denied. It is

FURTHER ORDERED that Page 9, Paragraph 41 of Plaintiff's Complaint is modified to: "Ms. Robinson sought leave relating to her cancer."[5]

DATED at Denver, Colorado this 18th day of May, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[3] Robbins, 519 F.3d at 1247 (quoting Twombly, 127 S. Ct. at 1965).

[4] Id.

[5] See Pl.'s Resp. at 4 (Doc. No. 10; Apr. 1, 2009).